NUMBER
13-10-00253-CR

 

                                  COURT
OF APPEALS

 

                      THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

DAVID
WAYNE BAILEY,                                                                 Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                  Appellee.

____________________________________________________________

 

                              On
Appeal from the 36th District Court

                                       of
Aransas County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

          Before
Chief Justice Valdez and Justices Rodriguez and Vela 

                                 Memorandum
Opinion Per Curiam

 








Appellant,
David Wayne Bailey, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, 




 

and our
mandate will issue forthwith.  Any pending motions are dismissed as moot.

 

PER
CURIAM

 

Do not publish.  

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

18th day of November, 2010.